UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Rachel Degenhard, Rachel Degenhard as Administratrix of the Estate of Santino Degenhard, Jason Degenhard, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | **JUDGMENT** <br><br> 5:13-CV-685-BR |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered February 13, 2015, defendant's motion to dismiss is GRANTED. Plaintiffs Rachel and Jason Degenhard's claims of negligent infliction of emotional distress (NIED) are DISMISSED WITHOUT PREJUDICE.

Plaintiff Rachel Degenhard as Administratrix of the Estate of Santino Degenhard is dismissed via stipulation of dismissal filed on 5/12/2015.

**This judgment filed and entered on May 13, 2015, and served on:**

Jessica Nicole Beyer (via CM/ECF Notice of Electronic Filing)
Benjamin T. Cochran (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
R. A. Renfer , Jr. (via CM/ECF Notice of Electronic Filing)

May 13, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk